UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jesse Daniel Roy Baker-Ottem, | Case No. 19-cv-0186 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Goodhue County, C.O. Steve Schrelber, C.O. Jane Doe, C.O. John Doe, Srg. John Doe, Srg. John Doe, Lt. John Doe, and C.O. Tabitha Manke, | |
| Defendants. | |

---

This matter is before the Court on the April 17, 2020 Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz.  (Dkt. 50.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

## ORDER

Based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The April 17, 2020 R&R, (Dkt. 50), is **ADOPTED**.

2. Defendants' motion to dismiss and/or for summary judgment, (Dkt. 38), is **GRANTED**.

3. This action is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

2

Dated:  July 6, 2020                                                      s/Wilhelmina M. Wright
                                                                                                                 Wilhelmina M. Wright
                                                                                                                 United States District Judge